

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarah Young, individually and on behalf all others similarly situated<br><br>                                    **Plaintiff,**<br><br>                    V.<br><br>New York & Company Stores, Inc., a New York corporation; Does 1 to 10, inclusive<br><br>                                    **Defendant.** | Civil Action No. 21-cv-00344-BAS-WVG<br><br>**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

judgment in favor of Plaintiff and against Defendant in the amount of $8,097.50, which constitutes $4,000.00 in statutory damages, $3,692.50 in attorney's fees, and $405.00 in costs. Additionally, this Court GRANTS injunctive relief compelling Defendant to bring its website to substantial conformance with WCAG 2.1 guidelines to be accessible under the ADA within twenty-four months of this Order.

**Date:**    7/15/22

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**

By:  s/ J. Olsen

J. Olsen, Deputy